**Electronically Filed
Supreme Court
SCWC-30109
20-FEB-2015
10:42 AM**

SCWC-30109

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

RANGIE B. ALANGCAS,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30109; CR. NO. 09-1-0308)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on February 9, 2015, is corrected as follows:

"Kamanʻo" is corrected to read "Kamanaʻo" on page 23,

line 7.

The Clerk of the Court is directed to take all

necessary steps to notify the publishing agencies of this

change.

DATED: Honolulu, Hawaiʻi, February 20, 2015.

/s/ Richard W. Pollack

